**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,             File No. 25-CR-463 (JMB/LIB)

      Plaintiff,

v.

                                        **ORDER**

JOSE HERNAN BLANDON-TORREZ,

      Defendant.

---

IT IS HEREBY ORDERED that pursuant to Federal Rule of Criminal Procedure 48(a), the Government's Motion to Dismiss the above-referenced case without prejudice (Doc. No. 16) is hereby GRANTED and the Indictment against the above-named Defendant (Doc. No. 1) is dismissed without prejudice.

The Government represents that Blandon-Torrez has been removed from the United States.

Dated:  January 30, 2026                /s/ *Jeffrey M. Bryan*
                                    Judge Jeffrey M. Bryan
                                    United States District Court

1
